Vernon Lee QUINN, Plaintiff—Appellant,

v.

John DOE, Magistrate Judge, Mecklenburg County Jail; Jim Pendergraph; W. David Lee, Union County, Superior Court Judge; John Doe, Classification, Mecklenburg County Jail; John Doe, Clerk of Superior Court, Defendants—Appellees.

## No. 05–6673.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2005.

Decided: Nov. 21, 2005.

Vernon Lee Quinn, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vernon Lee Quinn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district

court. *See Quinn v. Pendergraph*, No. CA–05–126–MU–3 (W.D.N.C. Apr. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*